IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)



| | | |
|---|---|---|
| D.M. BOWMAN, INC. | * | |
| Plaintiff | * | |
| v. | * | CIVIL CASE NO.: CCB 02-CV-890 |
| CAREFIRST ADMINISTRATORS f/k/a Willse & Associates, Inc., et al | * | |
| | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

Pursuant to review of the Consent Motion for Extension of Time for Filing of Carefirst Administrators' Response to the Plaintiff's Complaint, it is Ordered this _1⁵_ day of _May_ 2002, that the Motion be and is hereby Granted.

_____
Judge
United States District Court

MMcCoy\Cases\D.M Bowman\Pleading\Order

