IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| D. M. BOWMAN, INC., | * | |
| Plaintiff, | * | |
| v. | * | |
| CAREFIRST ADMINISTRATORS, et al., | * | Civil Action No.: CCB 02-CV-890 |
| | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATION OF CONSENT TO FILE AMENDED COMPLAINT

D.M. Bowman, Inc., Carefirst Administrators and Trustmark Insurance Company, by and through their undersigned counsel, pursuant to Fed. R. Civ. P. 15, hereby stipulate and consent to permit plaintiff D.M. Bowman, Inc. to file an Amended Complaint in this action.

_____
David L. Cole, Jr.
John W. Sippel, Jr.
OBER, KALER, GRIMES & SHRIVER
A Professional Corporation
120 E. Baltimore Street
Baltimore, Maryland 21202
(410) 685-1120
(410) 547-0699 (facsimile)

Attorneys for D.M. Bowman, Inc.

_____
Mark McCoy
Carefirst Administrators
10455 Mill Run Circle
Owings Mills, Maryland 21117
(410) 998-5478
(410) 998-5133 (facsimile)

Attorney for Carefirst Administrators

"Approved" THIS 18 DAY OF June, 2002

_____
UNITED STATES DISTRICT JUDGE

_(signature)_
_____
Barrett W. Freedlander
SAUL EWING LLP
100 South Charles Street
Baltimore, Maryland 21201
(410) 332-8849
(410) 332-8846 (facsimile)

Attorneys for Trustmark Insurance Co.