IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| D.M. BOWMAN, Inc. | : | |
| Plaintiff, | : | |
| v. | : | Civil Case No. CCB 02-CV-890 |
| | : | |
| CAREFIRST ADMINISTRATORS | : | |
| F/K/A/ Willse & Associates, Inc., et al | | |
| et al. | : | |
| Defendants. | : | |

## ORDER

UPON CONSIDERATION, of Trustmark Insurance Company and RMTS Associates, LLC's Consent Motion to Extend the Time to File Responsive Pleadings, it is this ___12___ day of ___July___, 2002, hereby

ORDERED, that the motion is GRANTED and that Trustmark Insurance Company and RMTS Associates, LLC shall have until July 27, 2002 to answer the Amended Complaint and to move, answer or otherwise respond to the Third-Party Complaint

_____
Judge, United States District Court

127007.1                                5

