IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| D.M. BOWMAN, INC. | * | |
| Plaintiff(s) | * | |
| v. | * | Civil Action No.: CCB-02-890 |
| CAREFIRST ADMINISTRATORS f/k/a Willse & Associates, Inc., et al. | * | |
| | * | |
| Defendant(s) | * | |

\* \* \* \* \* \*

**REVISED SCHEDULING ORDER**

This scheduling order is being entered pursuant to Local Rule 103.9. The schedule will not be changed except for good cause.

I. DEADLINES

| | |
|---|---|
| Joint request for early settlement/ADR conference (This request will not postpone discovery unless otherwise ordered). | August 14, 2002 |
| Report re deposition hours | August 14, 2002 |
| Initial report whether there is unanimous consent to proceed before a United States Magistrate Judge | August 14, 2002 |
| Moving for joinder of additional parties and amendment of pleadings | September 16, 2002 |
| Plaintiff's Rule 26(a)(2) disclosures re experts | September 30, 2002 |
| Defendant's/Third Party Plaintiff's Rule 26(a)(2) disclosures re experts | October 29, 2002 |
| Plaintiff's rebuttal Rule 26(a)(2) disclosures re experts | November 12, 2002 |
| Plaintiff's and Defendant's Rule 26(e)(2) supplementation of disclosures and responses | November 19, 2002 |
| Third Party Defendant's Rule 26(a)(2) disclosures re experts | November 29, 2002 |

733544.1 8/8/02



-2-

| | |
|---|---|
| Third Party Plaintiff's rebuttal Rule 26(a)(2) disclosures re experts | December 13, 2002 |
| Third Party Plaintiff's and Third Party Defendant's Rule 26(e)(2) supplementation of disclosures and responses | December 20, 2002 |
| **Discovery deadline; submission of status report** | January 13, 2003 |
| Requests for admission | January 20, 2003 |
| **Dispositive pretrial motions deadline** | February 13, 2003 |

The remainder of the Scheduling Order issued August 1, 2002 shall remain in full force and effect with one exception: each party shall be limited to 15 hours of depositions of fact witnesses (including parties).

Date: 8/09/02

_____
Judge Catherine C. Blake
United States District Court for
the District of Maryland