UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| D.M. BOWMAN, INC. | : |
| Plaintiff | : |
| v. | : CASE NO: CCB-02-CV-890 |
| CAREFIRST ADMINISTRATORS f/k/a Willse & Associates, Inc., et al. | : |
| Defendants | : |

ORDER

Pursuant to review of the Motion to Amend CareFirst Administrators' Response to the Plaintiff's Amended Complaint, it is Ordered this _25_ of _Nov_ 2002, that the Motion be and is hereby Granted.

_____
Judge
United States District Court