UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
(Northern Division)

D.M. **BOWMAN,** INC.

Plaintiff

V.

CASE NO: CCB-O2-CV -890

CAREFIRST ADMINISTRATORS f/k/a Willse & Associates, Inc., et al.

Defendants

<u>NOTICE OF SERVICE</u>
I hereby certify that on the l~:::d;y of March. 2003 copies of Defendant

CareFirst's Response to Interrogatories were mailed via first-class mail, postage prepaid

to:

David L. Cole, Jr., Esquire
Ober, Kaler, Grimes & Shriver
A Professional CoIpOration
120 E. Baltimore Street, 8th Floor Baltimore, Maryland 21202-1643 (410) 685-1120 Telephone
(410) 547-0699 Facsimile Attorneys for Plaintiff


Angela W. Russell, Esquire
Wilson, Elser, Moskowitz, Edelman, & Dicker, LLP
The Colorado Building
1341 G Street, N. W., Suite 500 Washington, D.C. 20005
(202) 626-7660 Telephone
(202) 628-3606 Facsimile
Attorney for Defendant
TrustMark Insurance Co. and Third-Party Defendant RMTS Associates. LLC


Paul M. Finamore, Esquire
Brett A. Buckwalter, Esquire
Niles, Barton & Wilmer, LLP
111 South Calvert Street, Suite 1400 Baltimore, Maryland 21202
(410) 783-6300 Telephone
(410) 783-6363 Facsimile
Attorneys for Third-Party Defendant American Stop Loss Insurance Brokerage
 Services, Inc.

Edward J. Baines, Esquire
Jennifer B. Speargas, Esquire
Saul Ewing, LLP
100 South Charles Street
Baltimore, Maryland 21201
(410) 332-8853 Telephone
(410) 332-8174 Facsimile
Attorneys for Third-Party Defendant Willis of Maryland, Inc.

Respectfully submitted,

*/s/ Charles J. Steele*

Charles J. Steele

MD Bar. No.: 01613

CareFirst B1ueCross B1ueShie1d 550 12th Street, S. W. Washington, D.C. 20065 Telephone: (202) 479-6181 Facsimile: (202) 479-3518 Attorney for Defendant, CareFirst Administrators

Page 2