IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

D. M. BOWMAN, INC.,                  *

      Plaintiff,                  *

v,                                   *

CAREFIRST ADMINISTRATORS,            *    Civil Action No.: CCB 02-CV-890
et al.,
                                     *
      Defendants.
                                     *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**STIPULATION OF TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT CAREFIRST ADMINISTRATOR'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff D.M. Bowman, Inc. ("Bowman") and Defendant CareFirst Administrators ("CareFirst"), by their undersigned attorneys, have agreed that Bowman shall have an extension until March 31, 2003 to respond to CareFirst's Motion for Summary Judgment.

Respectfully submitted,

_/s/ Kelly J. Davidson_
David L. Cole, Jr.
Kelly J. Davidson
OBER, KALER, GRIMES & SHRIVER
A Professional Corporation
120 E. Baltimore Street
Baltimore, Maryland 21202-1643
(410) 685-1120
(410) 547-0699 (facsimile)
Counsel for D.M. Bowman, Inc.

_/s/ Charles J. Steele_
Charles J. Steele
CareFirst BlueCross BlueShield
550 12th Street, SW
Washington, DC 20065
Counsel for CareFirst Administrators