IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern District)

| | | |
|---|---|---|
| **D.M. BOWMAN, INC.,** | * | |
| Plaintiff | * | |
| v. | * | |
| **CAREFIRST ADMINISTRATORS** | * | CASE NO.: CCB 02-CV-890 |
| f/k/a Willse & Associates, Inc., et al., | | |
| | * | |
| Defendants | | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

<u>**NOTICE OF SERVICE**</u>

PLEASE TAKE NOTICE that on this ___ day of March, 2003, copies of:

1. American Stop Loss Insurance Brokerage Services, Inc.'s Responses to Third-Party Plaintiff Willse & Associates, Inc.'s Requests for Production of Documents; and

2. This Notice of Service

were mailed, via Federal Express, to the following counsel of record:

| | |
|---|---|
| David L. Cole, Jr., Esquire | Charles Steele, Esquire |
| Kelly Davidson, Esquire | 10455 Mill Run Circle |
| Ober, Kaler, Grimes & Shriver, PC | Owings Mills, Maryland 21117 |
| 120 E. Baltimore Street | **Attorney for Defendant/Third-Party Plaintiff** |
| Baltimore, Maryland 21202 | **Willse & Associates, Inc.** |
| **Attorneys for Plaintiff** | |

| | |
|---|---|
| David Seltzer, Esquire<br>Wilson, Elser, Moskowitz, Edelman,<br>& Dicker, LLP<br>The Colorado Building<br>1341 G Street, N.W., Suite 500<br>Washington, D.C. 20005<br>**Attorneys for Defendant**<br>**Trustmark Insurance Co.**<br>**And Third-Party Defendant**<br>**RMTS Associates, LLC** | Edward J. Baines, Esquire<br>Jennifer B. Speargas, Esquire<br>Saul Ewing, LLP<br>100 South Charles Street<br>Baltimore, Maryland 21201<br>**Attorneys for Third-Party Defendant**<br>**Willis of Maryland, Inc.** |

_____
PAUL M. FINAMORE,
          Federal Bar #: 05992
BRETT A. BUCKWALTER,
          Federal Bar #: 26500
Niles, Barton & Wilmer, LLP
111 South Calvert Street
Suite 1400
Baltimore, Maryland 21202
Telephone (410) 783-6300
Facsimile (410) 783-6363
**Attorneys for Third-Party Defendant**
**American Stop Loss Insurance**
**Brokerage Services, Inc.**