IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

D. M. BOWMAN, INC.,                          *

    Plaintiff,                              *

v.                                           *

CAREFIRST ADMINISTRATORS, et al.             *    Civil Action No.: CCB 02-CV-890

    Defendants.                             *

\*   \*   \*   \*   \*   \*   \*   \*   \*

LINE

Dear Clerk:

Please enter the appearance of David A. Seltzer, Esquire as co-counsel for Defendant Trustmark Insurance Company and Third-Party Defendant RMTS Associates, LLC in the above-captioned case.

                                                                        Respectfully submitted,

                                                                        WILSON, ELSER, MOSKOWITZ,
                                                                        EDELMAN & DICKER, LLP

By:       /s/
        David A. Seltzer, Esquire
        1341 G Street, N.W.
        The Colorado Building
        Suite 500
        Washington, D.C. 20005
        (202) 626-7660
        (202) 628-3606 (Facsimile)

145055.1

- 2 -

/s/
Charles J. Steele
CareFirst BlueCross BlueShield
550 12th Street, SW
Washington, DC 20065
*Counsel for CareFirst Administrators*