IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

D. M. BOWMAN, INC.,               *

    Plaintiff,                    *

v.                                *

CAREFIRST ADMINISTRATORS, et al.  *   Civil Action No.: CCB 02-CV-890

    Defendants.                   *

\*   \*   \*   \*   \*   \*   \*   \*   \*

**STIPULATION OF TIME FOR TRUSTMARK INSURANCE CO. AND THIRD PARTY DEFENDANT RMTS ASSOCIATES, LLC TO RESPOND TO DEFENDANT CAREFIRST ADMINISTRATORS' MOTION FOR SUMMARY JUDGMENT**

Defendant Trustmark Insurance Company ("Trustmark"), Third Party Defendant RMTS Associates, LLC ("RMTS") and Defendant CareFirst Administrators ("CareFirst"), by their undersigned attorneys, have agreed that Trustmark and RMTS shall have an extension until March 31, 2003 to respond to CareFirst's Motion for Summary Judgment.

                                    Respectfully submitted,

                                        /s/
                                David A. Seltzer
                                Wilson, Elser, Moskowitz,
                                Edelman & Dicker LLP
                                1341 G Street, NW, Fifth floor
                                Washington, DC 20005
                                (202) 626-7660
                                Fax (202) 628-3606
                                *Attorneys for Defendant Trustmark*
                                  *Insurance Compan and RMTS Associates, LLC.*

144966.1