March 24, 2003

**VIA HAND DELIVERY**

The Honorable Catherine C. Blake
United States District Judge
United States District Court
 for the District of Maryland
U.S. Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201

    Re:    D.M. Bowman, Inc. v. Carefirst Administrators, *et al*.
              v. Willis of Maryland, Inc., *et al*., Civil No.:  CCB 02-CV-890

Dear Judge Blake:

      We write to advise the Court regarding the progress of the above-captioned action and to seek a modest thirty-day extension for the purpose of scheduling and completing depositions.  This letter request is joined by Counsel for D.M. Bowman, Inc., CareFirst Administrators, Trustmark Insurance Co. and RMTS Associates, LLC.  Counsel for American Stop Loss Insurance Brokerage Services, Inc. and Willis of Maryland, Inc. have indicated that they will not oppose a thirty-day extension of discovery.

      The Scheduling Order approved by the Court on January 9, 2003, provides for a discovery deadline of April 14, 2003.  To that end, the parties are  nearly finished exchanging responses to written discovery and producing documents.  Additional time is being requested to permit the scheduling and completion of depositions.  Counsel have attempted in good faith to identify possible dates for depositions prior to the close of discovery.  Nevertheless, due to pre-existing travel plans and other constraints on availability, there are no dates upon which Counsel for all parties and potential deponents are available before the scheduled close of discovery.  The parties are confident that everyone's schedule can be accommodated if the present discovery deadline is extended by a mere thirty days.

      In light of the foregoing, it is respectfully requested that the present discovery deadline be extended until Wednesday, May 14, 2003, at which time the parties will submit a join status report.

The Honorable Catherine C. Blake
March 24, 2003
Page 2

Thank you for your consideration of this matter.

Respectfully submitted,

_____/s/_____
Kelly J. Davidson

KJD
cc: Ms. Felicia C. Cannon (via e-filing)
David L. Cole, Jr., Esquire
Charles J. Steele, Esquire
David A. Seltzer, Esquire
Jennifer B. Speargas, Esquire
Brett A. Buckwalter, Esquire