**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)**

| | | |
|---|---|---|
| **D. M. BOWMAN, INC.,** | * | |
| **Plaintiff,** | * | |
| v. | * | |
| **CAREFIRST ADMINISTRATORS,** *et al*., | * | Civil Action No.:  CCB 02-CV-890 |
| | * | |
| **Defendants.** | | |
| | * | |

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

## ENTRY OF APPEARANCE

The Clerk of the Court will please enter the appearance of Kelly J. Davidson as counsel for the Plaintiff.

Dated:  March 24, 2003            _____/s/_____
Kelly J. Davidson
OBER, KALER, GRIMES & SHRIVER
A Professional Corporation
120 E. Baltimore Street
Baltimore, Maryland  21202-1643
(410) 685-1120
(410) 547-0699 (facsimile)

Attorneys for D.M. Bowman, Inc.