UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| D.M. BOWMAN, INC. | : |
| Plaintiff | : |
| v. | : CASE NO: CCB-02-CV-890 |
| CAREFIRST ADMINISTRATORS f/k/a Willse & Associates, Inc., et al. | : |
| Defendants | : |

### STIPULATION OF TIME FOR DEFENDANT CAREFIRST ADMINISTRATORS TO REPLY TO PLAINTIFF D.M. BOWMAN'S MEMORANDUM OPPOSING ITS MOTION FOR SUMMARY JUDGMENT

Defendant CareFirst Administrators ("CareFirst") and Plaintiff D.M. Bowman, Inc. (Bowman"), by their undersigned attorneys, have agreed that CareFirst shall have an extension until April 18, 2003 to respond to Bowman's Memorandum Opposing CareFirst's Motion for Summary Judgment. CareFirst's undersigned counsel will be out of the country from March 28 until April 14, 2003.

Respectfully submitted,

*Charles J. Steele*
Charles J. Steele
MD Bar. No.: 01613
CareFirst BlueCross BlueShield
550 12th Street, S.W.
Washington, D.C. 20065
Telephone: (202) 479-6181
Facsimile: (202) 479-3518
Counsel for CareFirst Administrators

*David L. Cole, Jr. / Kelly J. Davidson*
David L. Cole, Jr.
Kelly J. Davidson
Ober, Kaler, Grimes & Shriver
120 E. Baltimore Street, 8th Floor
Baltimore, Maryland 21202-1643
(410) 685-1120 Telephone
(410) 547-0699 Facsimile
Counsel for D.M. Bowman, Inc.