IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| D. M. BOWMAN, INC., | * | |
| Plaintiff, | * | |
| v. | * | |
| CAREFIRST ADMINISTRATORS, *et al.*, | * | Civil Action No.: CCB 02-CV-890 |
| | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## LINE

The Clerk of the Court will please remove the name of John W. Sippel, Jr. as counsel for the Plaintiff. Kelly J. Davidson's appearance as substitute counsel was entered on March 24, 2003.

Dated: March 25, 2003

_____/s/_____
Kelly J. Davidson
OBER, KALER, GRIMES & SHRIVER
A Professional Corporation
120 E. Baltimore Street
Baltimore, Maryland 21202-1643
(410) 685-1120
(410) 547-0699 (facsimile)

Attorneys for D.M. Bowman, Inc.