IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| D. M. BOWMAN, INC., | * | |
| Plaintiff, | * | |
| v. | * | |
| CAREFIRST ADMINISTRATORS, *et al.* | * | Civil Action No.: CCB 02-CV-890 |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \*

**STIPULATION OF TIME FOR TRUSTMARK INSURANCE CO. AND THIRD PARTY DEFENDANT RMTS ASSOCIATES, LLC TO RESPOND TO DEFENDANT CAREFIRST ADMINISTRATORS' MOTION FOR SUMMARY JUDGMENT**

Defendant Trustmark Insurance Company ("Trustmark"), Third Party Defendant RMTS Associates, LLC ("RMTS") and Defendant CareFirst Administrators ("CareFirst"), by their undersigned attorneys, have agreed that Trustmark and RMTS shall have an extension until April 7, 2003 to respond to CareFirst's Motion for Summary Judgment.

Respectfully submitted,

/s/
David A. Seltzer
Wilson, Elser, Moskowitz,
Edelman & Dicker LLP
1341 G Street, NW, Fifth floor
Washington, DC 20005
(202) 626-7660
Fax (202) 628-3606
*Attorneys for Defendant Trustmark
    Insurance Compan and RMTS Associates, LLC.*

144966.2

/s/
_____
Charles J. Steele
CareFirst BlueCross BlueShield
550 12th Street, SW
Washington, DC 20065
*Counsel for CareFirst Administrators*

- 2 -

144966.2