# American Stop Loss
#### Insurance Brokerage Services, Inc.

July 11, 2000

Ms. Cindy Bullock
CareFirst Administrators
100 S. Charles Street
Tower II-9th Floor
Baltimore, MD 21201

RE: DM Bowman
Specific Deductible: $75,000.00
Carrier: Trustmark Insurance Company

Dear Cindy:

As part of American Stop Loss' service to our clients, we report all current large losses and potential large losses for specific coverage to the Carrier as long as the information is provided to us in a timely manner by the Third Party Administrators. As defined by a majority of stop loss carriers, timely notification means providing written notice <u>within 60 days</u> of the date of the loss. At this time, our records show that we have not been provided specific reports since August 1, 1999 (we have been receiving aggregate reports on a regular basis).

The report should include all cases in excess of 50% deductible and, of course, all cases in excess of the deductible. It should also include diagnostic information on "trigger" diagnoses such as AIDS, premature birth, spinal cord injuries and any other claim with the potential for high costs or protracted run out. Failure to provide these reports may result in the denial of otherwise eligible reimbursements to our mutual client.

Therefore, I would like to request that reports providing this information be sent to my attention as soon as possible. Should you have any questions, please feel free to contact me at 800-944-7659, extension 3016. Thank you for your time and consideration.

Sincerely,

Patrick Moore
Claims Coordinator

cc: Walter Coolidge – ASL
    Pete Gavin—ASL
    Barbara Cummons—Willis Corroon Corp.

EXHIBIT
1

250 Commercial Street • Suite 200 • Worcester, MA 01608 • Phone 800-944-7659 • FAX 508-799-0161
Email: info@americanstoploss.com • Website: www.americanstoploss.com