# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

1341 G Street, N.W., The Colorado Building, Suite 500, Washington, DC 20005
Tel: (202) 626-7660   Fax: (202) 628-3606

New York • Los Angeles • San Francisco • Washington, DC • Newark • Philadelphia • Baltimore • Miami • Chicago
White Plains, NY • Dallas • Albany, NY • San Diego • Houston • Garden City, NY • Boston • London
*Affiliate Offices:* Paris • Berlin • Cologne • Frankfurt • Munich

www.wemed.com

WRITER'S DIRECT DIAL
(202) 626-7665

May 5, 2003

*VIA ELECTRONIC FILING*

The Honorable Catherine C. Blake
United States District Court
 for the District of Maryland
United States Courthouse
101 W. Lombard Street
Baltimore, MD 21201

Re:   *D.M. Bowman, Inc. v. CareFirst Administrators, et al. v. Willis of Maryland, et al.*
      Civil Action No.: CCB 02-CV-890
      Our File No.: 07106.00004

Dear Judge Blake:

We write to advise the Court regarding the progress of the above-captioned action and to seek a sixty-day extension of the existing Scheduling Order deadlines to enable the parties to continue on-going settlement negotiations and to allow for the upcoming hip replacement surgery of counsel for Defendant/Cross-Plaintiff CareFirst Administrators. This letter request is joined by counsel for D.M. Bowman, Inc., CareFirst Administrators, Trustmark Insurance Co. and RMTS Associates, LLC. Counsel for American Stop Loss Insurance Brokerage Services, Inc. and Willis of Maryland, Inc. do not oppose the requested extension of deadlines.

On March 25, 2003, Your Honor granted the parties' joint request for a thirty-day extension of time for the purpose of completing depositions. Pursuant to that Order, the current discovery deadline is May 14, 2003. Since that time, the parties have continued to engage in meaningful settlement negotiations and have made considerable progress toward resolution of this case. The parties recently became aware of a potential discrepancy with regard to the amount in controversy and have been diligently attempting to resolve the issue so that settlement negotiations may resume. To that end, the parties have nearly finished exchanging written discovery responses and documents.

148514.1

The Honorable Catherine C. Blake
May 5, 2003
Page 2

      The current health of Charles J. Steele, counsel for CareFirst Administrators, is another basis for this requested extension. Mr. Steele was at home on bed rest over the past week as a result of a foot infection. In addition, Mr. Steele is scheduled to undergo hip replacement surgery on May 14, 2003. As a result, barring the unexpected, he will be hospitalized for five days, under medication for an additional two weeks, and unable to return to work until June 30, 2003. Therefore, the parties hereto request that the Court grant this request in order to enable Mr. Steele to participate in additional discovery and depositions, should the need arise.

      In light of the foregoing, it is respectfully requested that the present Scheduling Order be extended as follows:

| | |
|---|---|
| Fact discovery deadline; joint status report | Friday, July 15, 2003 |
| Requests for admission | Monday, August 1, 2003 |
| Dispositive pretrial motions | Monday, August 31, 2003 |

Thank you for your kind consideration of this matter.

Respectfully submitted,

/s/ David A. Seltzer

David A. Seltzer

cc:  Kelly J. Davidson, Esquire
      David L. Cole, Jr., Esquire
      Charles J. Steele, Esquire
      Jennifer B. Speargas, Esquire
      Edward J. Baines, Esquire
      Brett A. Buckwalter, Esquire
      Paul Finamore, Esquire

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
148514.1