UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| **D.M. BOWMAN, INC.** | : |
| **Plaintiff** | : |
| v. | : **CASE NO: CCB-02-CV-890** |
| **CAREFIRST ADMINISTRATORS** f/k/a Willse & Associates, Inc., et al. | : |
| **Defendants** | : |

## CERTIFICATE REGARDING DISCOVERY

I HEREBY CERTIFY that on this _13th_ day of May 2003, true and correct copies of CareFirst Administrators' Responses To TrustMark Insurance Co., American Stop Loss Insurance Brokerage Services, Inc. and Willis of Maryland, Inc.'s Interrogatories were delivered postage prepaid, to:

| | |
|---|---|
| David L. Cole, Jr., Esquire | David A. Seltzer, Esquire |
| Kelly J. Davidson, Esquire | Angela W. Russell, Esquire |
| Ober, Kaler, Grimes & Shriver | Wilson, Elser, Moskowitz, Edelman, & |
| 120 E. Baltimore Street, 8th Floor |   Dicker, LLP |
| Baltimore, Maryland 21202-1643 | The Colorado Building |
| (410) 685-1120 Telephone | 1341 G Street, N.W., Suite 500 |
| (410) 547-0699 Facsimile | Washington, D.C. 20005 |
| Counsel for Plaintiff | (202) 626-7660 Telephone |
| | (202) 628-3606 Facsimile |
| | Counsel for Defendant |
| | TrustMark Insurance Co. and Third-Party |
| |  Defendant RMTS Associates, LLC |

2

| | |
|---|---|
| Paul M. Finamore, Esquire<br>Brett A. Buckwalter, Esquire<br>Niles, Barton & Wilmer, LLP<br>111 South Calvert Street, Suite 1400<br>Baltimore, Maryland 21202<br>(410) 783-6300 Telephone<br>(410) 783-6363 Facsimile<br>Counsel for Third-Party Defendant<br>American Stop Loss Insurance Brokerage<br> Services, Inc. | Edward J. Baines, Esquire<br>Jennifer B. Speargas, Esquire<br>Saul Ewing, LLP<br>100 South Charles Street<br>Baltimore, Maryland 21201<br>(410) 332-8853 Telephone<br>(410) 332-8174 Facsimile<br>Counsel for Third-Party Defendant<br>Willis of Maryland, Inc. |

.

_____/s/_____
Charles J. Steele
Associate General Counsel,
Group Hospitalization and Medical
Services, Inc.,
550 12th Street, S.W.
Washington, D.C. 20065
(202) 479-6181
Counsel for Defendants