July 15, 2003

**VIA ELECTRONIC FILING**

The Honorable Catherine C. Blake
United States District Judge
United States District Court
 for the District of Maryland
U.S. Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201

      Re:    D.M. Bowman, Inc. v. Carefirst Administrators, *et al*.
              v. Willis of Maryland, Inc., *et al*., Civil No.: CCB 02-CV-890

Dear Judge Blake:

      This letter serves as the joint Status Report of D.M. Bowman, Inc., CareFirst Administrators, Trustmark Insurance Co., RMTS Associates, LLC, American Stop Loss Insurance Brokerage Services, Inc. and Willis of Maryland, Inc.

      The parties are pleased to inform the Court that they have reached a settlement and intend to file a Stipulation of Dismissal shortly.

      Thank you for your assistance in this matter.

                                        Respectfully submitted,

                                        _____/s/_____
                                        Kelly J. Davidson

KJD
cc:    David L. Cole, Jr., Esquire
        Charles J. Steele, Esquire
        David A. Seltzer, Esquire
        Jennifer B. Speargas, Esquire
        Brett A. Buckwalter, Esquire