IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| D. M. BOWMAN, INC., | * | |
| Plaintiff, | * | |
| v. | * | |
| CAREFIRST ADMINISTRATORS, *et al*., | * | Civil Action No.:  CCB 02-CV-890 |
| | * | |
| Defendants. | * | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## STIPULATION OF DISMISSAL

Plaintiff D.M. Bowman, Inc. and Defendants CareFirst Administrators, Trustmark Insurance Co., RMTS Associates, LLC, American Stop Loss Insurance Brokerage Services, Inc. and Willis of Maryland, Inc., by and through their undersigned attorneys, pursuant to FED. RULE CIV. P. 41(a)(1)(ii), hereby stipulate to the dismissal of this entire action, including all claims, counter-claims and cross-claims, with prejudice.

Date:   August 15, 2003                                      Respectfully submitted,

_____/s/_____
David L. Cole, Jr., Bar No. 08109
Kelly J. Davidson, Bar No. 25217
Ober, Kaler, Grimes & Shriver
A PROFESSIONAL CORPORATION
120 E. Baltimore Street
Baltimore, Maryland  21202-1643
(410) 685-1120
(410) 547-0699 (facsimile)

Attorneys for D.M. Bowman, Inc.

CAREFIRST ADMINISTRATORS


_____\s\_____
Charles J. Steele, Bar No. 01613
CareFirst BlueCross BlueShield
550 12th Street, S.W.
Washington, DC  20065
(202) 479-6181
(202) 479-3518 (facsimile)

Attorneys for Defendant, CareFirst Administrators


WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP


_____\s\_____
Angela W. Russell, Bar No. 15227
David A. Seltzer, Bar No. 15036
1341 G Street, NW, Suite 500
Washington, D.C. 20005
(202) 626-7600
(202) 628-3606 (facsimile)

Attorneys for Defendant Trustmark
Insurance Company and Third Party
Defendant RMTS Associates, LLC


_____\s\_____
Paul M. Finamore
Brett A. Buckwalter
Niles, Barton & Wilmer, LLP
Suite 1400
111 S. Calvert Street
Baltimore, Maryland 21202
(410) 783-6349
(410) 783-6410 (facsimile)

Attorneys for American Stop Loss, Inc.

/s/

Edward J. Baines, Bar No. 06776
Jennifer B. Speargas, Bar No. 26257
Saul Ewing LLP
100 South Charles Street
Baltimore, Maryland 21201
(410) 332-8954

Attorneys for Willis of Maryland, Inc.